```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

LISA GILLIAM, on behalf of herself
and all others similarly situated,

                    Plaintiff,

vs.                                    Case No.   2:11-cv-454-FtM-29SPC

WAL-MART STORES EAST, LP, a Foreign
Limited Partnership doing business
as WAL-MART SUPERCENTER,

                    Defendant.
_____

## **ORDER**

This matter comes before the Court on plaintiff's Motion for Reconsideration of the Court's Order [DE 36] Dismissing Her Complaint With Prejudice (Doc. #38) filed on February 21, 2012. Defendant filed a Memorandum in Opposition (Doc. #39) on March 6, 2012. Plaintiff seeks reconsideration arguing that plaintiff never conceded or agreed that the case was moot. The Court specifically addressed this argument in the February 10, 2012 Opinion and Order (Doc. #36, pp. 4-5). The Court finds no basis for reconsideration. The motion will be denied.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Motion for Reconsideration of the Court's Order [DE 36] Dismissing Her Complaint With Prejudice (Doc. #38) is **DENIED.**

2. If plaintiff wishes to have the Court consider the Motion for Approval of Settlement and for an Award of Attorney's Fees and Costs (Doc. #38-1), it may be filed separately as a pending motion.

**DONE AND ORDERED** at Fort Myers, Florida, this ___3rd___ day of May, 2012.

*[signature]*
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record