UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LISA GILLIAM, on behalf of herself
and all others similarly situated,

        Plaintiff,

vs.                              Case No.   2:11-cv-454-FtM-29SPC

WAL-MART STORES EAST, LP, a Foreign
Limited Partnership doing business
as WAL-MART SUPERCENTER,

        Defendant.
_____

**ORDER**

This matter comes before the Court on the Joint Motion for Approval of the Settlement of Plaintiff's FLSA Claims (Doc. #43) filed on June 6, 2012.

On February 10, 2012, the Court dismissed this case as moot (Docs. #36, 37.)  Plaintiff filed a Notice of Appeal (Doc. #40), which divests this court of jurisdiction over all issues involved in the appeal, except to the extent that the district court acts in aid of appellate review.  Mahone v. Ray, 326 F.3d 1176, 1178 (11th Cir. 2003); United States v. Brown, 438 F. App'x 871, 872 (11th Cir. 2011).  The Court will deny the motion for lack of jurisdiction, but will certify that if it had jurisdiction, and if the case were not moot, it would approve the settlement as jointly requested by the parties.  See Fed. R. Civ. P. 62.1[1].

---

[1]Rule 62.1 permits the Court to defer a motion, deny a motion,
(continued...)

Accordingly, it is now

**ORDERED**:

The Joint Motion for Approval of the Settlement of Plaintiff's FLSA Claims (Doc. #43) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __12th__ day of June, 2012.

_____
JOHN E. STEELE
United States District Judge

Copies:
USCA
Counsel of record

---

[1](...continued)
or "state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue." Fed. R. Civ. P. 62.1(a).